1038

No. 12–6872. CIACCI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6873. CIACCI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6876. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6881. STRACCIALINI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6887. MOORE v. HOLLINGSWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–6891. MARSH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6893. CLARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6895. CARTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6896. COLEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6909. BARAHONA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6911. BARRANDEY v. UNITED STATES; and
No. 12–6915. QUILIMOCO RUBIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 481 Fed. Appx. 221.

No. 12–6921. RANDLEMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6937. ROBINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6941. VASQUEZ-CHAVEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6945. CARPENTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–1515. DELLING v. IDAHO. Sup. Ct. Idaho. Certiorari denied.